UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DR. STEVEN TOMS,     Plaintiff | : : : | |
| v. | : : | C.A. No. 1:24-cv-00515 |
| BROWN UNIVERSITY, | : : | **JURY TRIAL DEMANDED** |
| LIFESPAN CORPORATION     d/b/a BROWN UNIVERSITY         HEALTH | : : : : : | |
| RHODE ISLAND HOSPITAL     d/b/a BROWN UNIVERSITY         HEALTH CANCER             INSTITUTE | : : : : : | |
| Defendants. | : | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Dr. Steven Toms (hereinafter "Plaintiff"), by and through its undersigned counsel, hereby submits this notice of voluntarily dismissal of the above captioned case against Brown University, Lifespan Corporation d/b/a Brown University Health, and Rhode Island Hospital d/b/a Brown University Health Cancer Institute (hereinafter collectively referred to as "Defendants"). Plaintiff submits this voluntary dismissal shall be without prejudice pursuant to F.R.C.P. Rule 41(a)(1).

Date: February 4, 2025

Dr. Steven Toms
By his attorney,

/s/ alan f feeney
_____
Alan F. Feeney, Esq. #9250
FEENEY IP LAW
235 Promenade St, Suite 485
Providence, RI 02908
Tel.: (401) 660-6079
Email: alan@feeneylawgroup.com

1